In the Matter of the Application of Sam LASNIK, Petitioner for Citizenship.

No. 315.

Circuit Court of Appeals, Second Circuit.

May 7, 1945.

Carol King, of New York City (Pinto & Marcantonio, by Benjamin D. Stein, all of New York City, of counsel), for petitioner.

John B. Creegan, Asst. U. S. Atty., of New York City (John F. X. McGohey,

U. S. Atty., of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Judgment reversed in open court on confession of error by appellee.